★AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Eureka Inventions, LLC
    Plaintiff(s),
V.
Bestway (USA), Inc. et al
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-cv-00701-JSW

Notice is hereby given that, subject to approval by the court, __Eureka Inventions, LLC__ substitutes
(Party (s) Name)

__Jennifer Ishimoto__, State Bar No. __211845__ as counsel of record in
(Name of New Attorney)

place of __Perry J. Narancic__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Banie & Ishimoto LLP
    Address: 1370 Willow Road, Menlo Park, CA 94025
    Telephone: (408) 981-9472     Facsimile
    E-Mail (Optional): ishimoto@banishlaw.com

I consent to the above substitution.
Date: 8/6/2015
    (Signature of Party (s))

I consent to being substituted.
Date:
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/10/2015
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Eureka Inventions, LLC
      Plaintiff (s),
V.
Bestway (USA), Inc. et al
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-cv-00701-JSW

Notice is hereby given that, subject to approval by the court, __Eureka Inventions, LLC__ substitutes
(Party (s) Name)

__Jennifer Ishimoto__, State Bar No. __211845__ as counsel of record in
(Name of New Attorney)

place of __Perry J. Narancic__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
 Firm Name: Banie & Ishimoto LLP
 Address: 1370 Willow Road, Menlo Park, CA 94025
 Telephone: (408) 981-9472  Facsimile
 E-Mail (Optional): ishimoto@banishlaw.com

I consent to the above substitution.
Date:
              (Signature of Party (s))

I consent to being substituted.
Date: 8/4/2015
              (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 11, 2015
              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]