Jennifer Ishimoto, SBN 211845
**BANIE & ISHIMOTO LLP**
1370 Willow Rd.
Menlo Park, CA  94025
Phone: 480-981-9472
Email: ishimoto@banishlaw.com

*Attorneys for Plaintiff*
**Eureka Inventions, LLC**

Uleses C. Henderson, Jr. (Bar No. 225246)
uhenderson@onellp.com
**ONE LLP**
4000 MacArthur Blvd, Suite 500
Newport Beach, CA 92660
Telephone: 949.502.2870
Facsimile: 949.258.5081

*Attorneys for Defendants*
**Bestway (USA), Inc. and
Bestway (Hong Kong) International Ltd.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EUREKA INVENTIONS, LLC, | Case Number: 15-CV-701-JSW |
| Plaintiff, | |
| v. | |
| BESTWAY (USA), INC., BESTWAY (HONG KONG) INTERNATIONAL LTD. | ORDER GRANTING **STIPULATION OF DISMISSAL** |
| Defendants. | |
| BESTWAY (USA), INC., BESTWAY (HONG KONG) INTERNATIONAL LTD., | |
| Counterclaimants, | |
| v. | |
| EUREKA INVENTIONS, LLC, | |
| Counterclaim-Defendant. | |

1   Plaintiff and Counterclaim Defendant Eureka Inventions, LLC ("Eureka"), and
2   Defendants and Counterclaimants Bestway (USA), Inc. and Bestway (Hong Kong)
3   International Ltd. (collectively, "Bestway"), have entered into a Settlement Agreement
4   ("Agreement") effective as of the 21st day of October, 2015.
5   Therefore, Eureka and Bestway (collectively, the "Parties") stipulate and agree,
6   subject to an Order of the Court dismissing Eureka's claims against Defendant with
7   prejudice, that:
8       1.   Eureka's Complaint against Bestway is dismissed with prejudice.
9       2.   Bestway's counterclaims against Eureka are dismissed with prejudice.
10      3.   The Court set aside the Default entered against Eureka by this Court on
11  July 29, 2015.
12      4.   Each party shall bear its own attorneys fees, expenses, and costs.

| | |
|---|---|
| 1 | **STIPULATED AND AGREED TO:** |
| 2 | |
| 3 | /s/Jennifer Ishimoto |
| 4 | Jennifer Ishimoto<br>BANIE & ISHIMOTO LLP |
| 5 | 1370 Willow Rd.<br>Menlo Park, CA  94025 |
| 6 | Telephone: (480) 981-9472 |
| 7 | *Attorney for Eureka Inventions, LLC* |
| 8 | |
| 9 | /s/Uleses C. Henderson |
| 10 | Uleses C. Henderson<br>ONE LLP |
| 11 | 4000 MacArthur Blvd, Suite 500<br>Newport Beach, CA 92660 |
| 12 | Telephone: (949) 502-2870 |
| 13 | *Attorney for Bestway (USA), Inc. and*<br>*Bestway (Hong Kong) International Ltd.* |
| 14 | |
| 15 | |
| 16 | So ORDERED and SIGNED this __9th__ day of ___November___, 2015. |
| 17 | |
| 18 | |
| 19 | _____<br>Judge U.S. District Court for the Northern District |
| 20 | of California, Oakland Division |
| 21 | |
| 22 | **Service of this Order will be made electronically** |
| 23 | **on all ECF-registered counsel of record via email**<br>**generated by the court's ECF system.** |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |